(April 16, 1952.)

In the Matter of FRANK KIMMEL et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections in the City of New York, et al., Respondents.—

The facts in this case are entirely different from the facts in *Matter of Burns* (*Sullivan*) (199 Misc. 1005, affd. 278 App. Div. 1023, affd. 303 N. Y. 601) and, hence, the principle invoked there for declaring invalid the whole designating petition is not applicable here. The designating petition here contains 314 pages. Only 66 of these pages were directly attacked and only 53 of the signatures were invalidated by the board of elections. It is admitted that 660 valid signatures remained on the said 66 pages and that only 350 valid signatures are required to qualify the candidates for the public office named. There is no proof whatever that all or any substantial number of the pages of the designating petition is "permeated with fraud," as there was in the *Burns* case. The general allegation to this effect

in appellants' petition to the court, remaining unsupported by the proof, is a conclusory statement which must be disregarded, particularly in view of the sufficient number of admittedly valid signatures on the said 66 pages of the designating petition.  Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ., concur.